An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO D.B.C.-T.

PHILIP J.T.,
Appellant,
vs.
ADRIANNA C.,
Respondent.

No. 62126



FILED

JUN 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order terminating appellant's parental rights as to his minor child. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

On appeal, appellant contends that there was not clear and convincing evidence of parental fault to support the district court's decision. In terminating parental rights, the district court must find clear and convincing evidence that termination is in the child's best interest and that at least one factor of parental fault exists. NRS 128.105; *In re Termination of Parental Rights as to N.J.*, 116 Nev. 790, 800, 8 P.3d 126, 132 (2000). Here, the district court found that appellant was an unfit parent because his excessive use of alcohol rendered him consistently unable to care for the child. NRS 128.106(4). The court also found that the circumstances surrounding appellant's conviction for sexual assault, as well as the length of incarceration, rendered him unfit to provide for the child's mental and emotional health and development. NRS 128.106(6); *In re Parental Rights as to K.D.L.*, 118 Nev. 737, 746, 58 P.3d 181, 187 (2002). The court further considered evidence of appellant's explosive behavior and of the child's positive behavioral changes since appellant has

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17587

been absent from her life, and the court determined that termination of appellant's parental rights was in the child's best interest. *See* NRS 128.105(1).

Having considered the appellate record, we conclude that substantial evidence supports the district court's order terminating appellant's parental rights. *See In re of Parental Rights as to D.R.H.*, 120 Nev. 422, 428, 92 P.3d 1230, 1234 (2004). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Robert Teuton, District Judge, Family Court Division
       Philip J.T.
       Kainen Law Group, PLLC
       Lemons, Grundy & Eisenberg
       Eighth District Court Clerk

---

[1]Appellant has filed a request for the preparation of the transcript. We have determined that the transcript is unnecessary to make a decision in this matter. Appellant has also filed a motion for permission to file briefs. Having concluded that appellant's civil appeal statement is sufficient to address the merits of this appeal, we deny appellant's motion.